Argued and submitted November 12, affirmed as modified December 1, 1982

## STATE OF OREGON,
*Respondent,*

*v.*

## FRED EUGENE MORGAN, II,
*Appellant.*

(No. 45586 (Control) and 45615,
CA A24297 (Control) and A24298)

653 P2d 1318

Gary D. Babcock, Public Defender, and Marilyn C. McManus, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, Richard W. Wasserman, Assistant Attorney General, and Alta J. Brady, Certified Law Student, Salem, filed the brief for respondent.

Before Gillette, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM

## PER CURIAM

Defendant was charged and convicted of the theft of crab pots belonging to two other persons. In imposing sentence, the trial court required restitution, *inter alia,* for six crab pots whose loss is not shown on this record to be connected with defendant's criminal activity. The state concedes that the restitution ordered in favor of each of the two parties should be reduced by $300. Exercising our authority under Or Const, Art VII (Amended), § 3, we amend the judgment accordingly.

Judgment of conviction amended to require, as a condition of probation, that defendant make restitution to Henry Knutson in the sum of $124 and to Robert Pacheco in the sum of $472. Affirmed as modified.